SAMUEL GINSBURG and Another, Plaintiffs, v. SHERLOCK REALTY CORPORATION, a Domestic Corporation, and Another, Defendants. PEO J. C. UGHETTA, Receiver in Person, Respondent; 135 WEST 72d STREET CORPORATION, Owner, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY F. NEUBER, Appellant, v. IRVING BANK-COLUMBIA TRUST COMPANY, Individually and as Executor, etc., of JOSEPH C. HAND, Deceased, Respondent, and THE STATE TAX COMMISSION, Defendant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SAMUEL S. ZUCKERMAN, Respondent, v. DASCO IMPORT CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; Dowling, P. J., disents.

MARY E. FLETCHER, Respondent, v. CHARLES E. MERRILL and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

NORA HEIMAN, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; McAvoy, J., dissents.

PARTOS REALTY CORPORATION, Appellant, v. CLARA SIELCKEN SCHWARZ, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

RICHARD SCHOONMAKER GREENE and Another, Infants, by RICHARD T. GREENE, Their Guardian ad Litem, Respondents, v. EDNA GREENE HOLBROOK, Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the authority of *Holbrook* v. *Shepard* (220 App. Div. 64; affd., 245 N. Y. 618). Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAURICE TRIOLO, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.